**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | CASE NUMBER 6:22-CR-00058-JDK-1 |
| KEAMBER MERSADISE ROACH | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their right to objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Keamber Mersadise Roach be sentenced to seven months' imprisonment, with a one-year term of supervised release to follow. The Court recommends to the Bureau of Prisons that Defendant serve her sentence at FMC Carswell, TX, if available.

So **ORDERED** and **SIGNED** this **7th** day of **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE